**Gerald M. HOCKING,
Plaintiff–Appellant,**

v.

**Mayleee DUBOIS and Vitousek & Dick Realtors, Inc., a Hawaii Corporation, Defendants–Appellees.**

No. 85–1932.

United States Court of Appeals,
Ninth Circuit.

Dec. 7, 1988.

Before GOODWIN, Chief Judge, and BROWNING, SCHROEDER, FLETCHER, NELSON, NORRIS, WIGGINS, BRUNETTI, NOONAN, O'SCANNLAIN and TROTT, JJ.

### ORDER

The opinion filed in the above-entitled matter, published at 839 F.2d 560, on February 10, 1988, is withdrawn and the case is taken under submission by the en banc court.